UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WANAG TAHATAN-BEY ET AL.,** | Case No.: 25-cv-07333 YGR |
| Plaintiffs, | **ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |
| vs. | |
| **NATIONSTAR MORTGAGE LLC,** | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable William H. Orrick *sua sponte* to consider whether it is related to *Numinutitska Penatekawa Tribal Trust et al v. Nationstar Mortgage LLC*, Case No. 23-cv-5162.

**IT IS SO ORDERED.**

Date:   September 15, 2025

_____
**YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE**